**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **NORTH FORK WIND, LLC, et al.** <br><br> **Plaintiffs,** <br><br> **vs.** <br><br> **KNOX COUNTY, NEBRASKA, et al.** <br><br> **Defendants.** | **4:24CV3150** <br><br><br> **ORDER** |

This matter is before the Court on the Motion to Withdraw as to Kevin Mackeprang (Filing No. 68) filed by David D. Begley, Special Knox County Attorney. Mr. Begley seeks leave to withdraw from his representation of Defendant Kevin Mackeprang due to a conflict of interest. According to the motion, on September 26, 2024, the General Counsel of the Nebraska Accountability and Disclosure Commission informed Kevin Mackeprang of his need to retain separate counsel. Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (Filing No. 68) filed by David D. Begley, Special Knox County Attorney is granted.

2. Mr. Begley shall immediately serve a copy of this Order upon Mr. Mackeprang and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent. Mr. Begley will not be relieved of his applicable duties to the Court, his client, and opposing counsel until proof of service is filed.

3. Upon filing of proof of service pursuant to Paragraph 2 of this Order, Mr. Mackeprang will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel enters a written appearance on his behalf. Mr. Mackeprang is responsible for keeping the Court informed of his current contact information while proceeding without counsel.

4. Mr. Mackeprang may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Mr. Mackeprang must comply with all case progression deadlines, orders of this Court, the Federal Rules of Civil Procedure, and this district's Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs, attorneys' fees, and/or default judgment.

5. Upon submission of proof of service as described in Paragraph 2 of this Order, Mr. Begley's appearance as counsel of record for Mr. Mackeprang will be terminated.

Dated this 16th day of October, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge