**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **NORTH FORK WIND, LLC, et al.**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**KNOX COUNTY, NEBRASKA, et al.**<br><br>**Defendants.** | **4:24CV3150**<br><br>**THIRD AMENDED CASE PROGRESSION ORDER** |

This matter comes before the Court following review of the parties' jointly proposed case progression deadlines. Accordingly,

**IT IS ORDERED** that the second amended case progression order is amended as follows:

1) The deadlines for moving to amend pleadings or add parties are extended:

| | |
|---|---|
| For the plaintiff: | **September 15, 2026** |
| For the defendant: | **October 15, 2026** |

2) Experts:

a. The deadlines for identifying expert witnesses and completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended:

| | |
|---|---|
| For the plaintiffs: | **November 2, 2026** |
| For the defendants: | **December 2, 2026** |
| Plaintiffs' rebuttal: | **January 5, 2027** |

b. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **March 1, 2027**.

3) Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **December 15, 2026**.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **February 1, 2027**.

5) A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **February 3, 2027**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

6) The deadline for filing motions to dismiss and motions for summary judgment is extended to **March 1, 2027**.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 27th day of August, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge