**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| NORTH FORK WIND, LLC; et al.<br><br>Plaintiffs,<br><br>vs.<br><br>KNOX COUNTY, NEBRASKA; et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 4:24-cv-3150<br><br>**UNOPPOSED MOTION TO DISMISS COUNTERCLAIM** |

COMES NOW the Defendants, by and through their attorney, and hereby move to dismiss their counterclaim (ECF #167). In support of their motion, the Defendants show to the Court as follows:

1. Defendants desire to dismiss their counterclaim, without prejudice.

2. Plaintiffs do not oppose the Defendants' motion.

WHEREFORE, Defendants respectfully request that the Court dismiss their counterclaim, without prejudice.

DATED: September 22, 2026.

KNOX COUNTY, NEBRASKA, et. al.
By:__s/ David D. Begley____________

David D. Begley, #16795
Special Knox County Attorney
Lawyer.com-dbegley@mail.com
4611 S. 96th St., Suite 253
Omaha, NE 68127
(402) 915-0097
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to all counsel of record.

s/ David D. Begley